UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE RUTHER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-494 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MATTHEW SCHNEIDER, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 6), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: July 16, 2020                                             /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge